MEADOWS WYE & CO., INC. *v.* UNITED STATES

**No. 7223.**—Invoice dated Birmingham, England, December 1945.
Certified December 5, 1945.
Entered at New York, N. Y, January 18, 1946.
Entry No. 732211.

(Decided April 29, 1947)

*Jordan & Klingaman* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

SIMON, HEALEY & GOLDSTEIN, INC. *v.* UNITED STATES

**No. 7224.**—Invoice dated Derby, England, July 19, 1946.
Certified July 22, 1946.
Entered at New York, N. Y., August 16, 1946.
Entry No. 713935.

(Decided May 1, 1947)

*Siegel, Mandell & Davidson* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant

TILSON, Judge: This appeal involves the question of whether or not the amount of a so-called British purchase tax should be included as a part of the proper dutiable value.

Counsel for the respective parties, in submitting this appeal, have agreed that the issues herein are the same in all material respects as the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, and the record therein has been admitted in evidence in this case.

Upon the agreed facts and the law applicable thereto, I find and hold the proper dutiable values of the merchandise covered by this appeal to be the values returned by the appraiser, less any amounts added on entry by the importer to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.